IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASMAN DAWONE HOLMAN,** | Case No. 2:25-cv-02084-TLN-AC |
| Plaintiff, | **[PROPOSED]** **ORDER GRANTING DEFENDANT KHAN'S FIRST MOTION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING** |
| **v.** | |
| **CITY OF STOCKTON, et al.,** | |
| Defendants. | |

Defendant Khan moved for a 45-day extension of time to file a responsive pleading. Good cause appearing, the Court **GRANTS** the motion. Defendant Khan shall file a responsive pleading no later than July 23, 2026.

**IT IS SO ORDERED**.

DATED: May 28, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order re. Def. Khan's 1st Motion for EOT to File Resp. Pleading (2:25-cv-02084-TLN-AC)