UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMAN DAWONE HOLMAN,<br>Plaintiff,<br>v.<br>CITY OF STOCKTON, et al.,<br>Defendants. | No. 2:25-cv-2084 TLN AC P<br><br>ORDER AND ORDER LIFTING ADR STAY |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983. On June 10, 2026, the court referred this case to post-screening Alternative Dispute Resolution (ADR) Project and stayed the case for 120 days. ECF No. 45. Defendants were provided forty-five days to file a motion to opt-out. Id.

On July 21, 2026, defendants filed a motion to opt out of the post-screening ADR project. ECF No. 51. After reviewing the motion, the court finds good cause to grant defendants' motion.

Accordingly, IT IS HEREBY ORDERED that defendants' motion to opt out (ECF No. 51) is granted and the ADR stay of this action is lifted.

DATED: July 23, 2026

Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE